## 34891. HUNSINGER v. LEACHMAN.

PER CURIAM.
The trial court did not err in finding that it was too late for the husband to challenge the constitutionality of our alimony laws in defense of a contempt citation. *Kirkpatrick v. Woodruff,* 243 Ga. 736 (256 SE2d 465) (1979).
*Judgment affirmed. All the Justices concur.*

SUBMITTED MAY 4, 1979 — DECIDED SEPTEMBER 5, 1979.

*Grady C. Pittard, Jr.,* for appellant.
*James E. Hudson, David R. Montgomery, Steve McElwee,* for appellee.